BRYAN SCHRODER
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Stephan.Collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>HARVELLE LEE EARL, SR.,<br>BRANDON LAVELL GLASGOW,<br>VERNELL GLASGOW II,<br>KAPESIA MONTRAY GRAY, and<br>SRISUDA ALI MATTHEWS<br>GRAHAM,<br><br>                Defendants. | No.<br><br>COUNT 1:<br>DRUG CONSPIRACY<br>   Vio. of 21 U.S.C. §§ 846 and<br>841(a)(1) and (b)(1)(A)<br><br>COUNT 2:<br>MONEY LAUNDERING<br>CONSPIRACY<br>   Vio. of 18 U.S.C. § 1956(h)<br><br>CRIMINAL FORFEITURE NO. 1:<br>   21 U.S.C. § 853(a)(1), (2), and (d)<br><br>CRIMINAL FORFEITURE NO. 2:<br>   18 U.S.C. § 982(a)(1) |

I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

Beginning at some exact time unknown but at least on or about October 1, 2016, and continuing to on or about January 27, 2019, within the District of Alaska and the Central District of California, the defendants, HARVELLE LEE EARL, SR. and BRANDON LAVELL GLASGOW, did knowingly and intentionally combine, conspire, confederate, and agree with each other and persons known and unknown to the grand jury to distribute and to possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, which is in violation of Title 21 United States Code Section 841(a)(1).

All of which is in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A).

## COUNT 2

Beginning at some exact time unknown but at least on or about October 1, 2016, and continuing to on or about January 27, 2019, within the District of Alaska and the Central District of California, within the District of Alaska and the Central District of California, the defendants, HARVELLE LEE EARL, SR., BRANDON LAVELL GLASGOW, VERNELL GLASGOW II, KAPESIA MONTRAY GRAY, and SRISUDA ALI MATTHEWS GRAHAM, did knowingly and intentionally combine, conspire, confederate and agree with each other and others known and unknown to the grand jury, to commit an offense against the United States in violation of Title 18 United States Code Section 1956, to wit: to knowingly conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful

activity, that is, the unlawful distribution of a controlled substance, which is a violation of Title 21 United States Code Section 841(a)(1), with the intent to promote the carrying on of the unlawful distribution of controlled substances. While conducting such financial transactions, the defendants knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18 U.S.C. § 1956(a)(1)(A) and knew the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specified unlawful activity, in violation of Title 18 U.S.C. § 1956(a)(1)(B)(i).

All of which is in violation of Title 18, United States Code, Section 1956(h).

## CRIMINAL FORFEITURE ALLEGATION NO. 1
## DRUG PROCEEDS AND FACILITATING PROPERTY

Upon conviction of the offense alleged in Count 1 of this Indictment, defendants, HARVELLE LEE EARL SR. and BRANDON LAVELL GLASGOW, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense pursuant to Title 21, United States Code, Section 853(a)(1), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense pursuant to Title 21, United States Code, Section 853(a)(2), including but not limited to:

    a.    $94,820.00 in U.S. currency seized on August 31, 2017;

    b.    $13,200.00 in U.S. currency seized on November 13, 2017;

    c.    $65,830.00, in U.S. currency seized on July 13, 2018;

    d.    $9,500.00 in U.S. currency seized on August 23, 2018;

e.  $54,000.00 in U.S. currency seized on January 27, 2019;

f.  $16,200.00 in U.S. currency seized on January 27, 2019; and

g.  $2,940.00 in U.S. currency seized on January 27, 2019.

All of which is in accordance with Title 21, United States Code, Sections 853(a)(1), and (2), and (d), and Rule 32.2(a), Federal Rules of Criminal Procedure.

### CRIMINAL FORFEITURE ALLEGATION NO. 2
### MONEY LAUNDERING

Upon conviction of the offense alleged in Count 2 of this Indictment, defendants, HARVELLE LEE EARL SR., BRANDON LAVELL GLASGOW, VERNELL GLASGOW II, KAPESIA MONTRAY GRAY, and SRISUDA ALI MATTHEWS GRAHAM, shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1), including but not limited to:

a.  $94,820.00 in U.S. currency seized on August 31, 2017;

b.  $13,200.00 in U.S. currency seized on November 13, 2017;

c.  $65,830.00, in U.S. currency seized on July 13, 2018;

d.  $9,500.00 in U.S. currency seized on August 23, 2018;

e.  $54,000.00 in U.S. currency seized on January 27, 2019;

f.  $16,200.00 in U.S. currency seized on January 27, 2019; and

g.  $2,940.00 in U.S. currency seized on January 27, 2019.

All of which is in accordance with Title 18, United States Code, Section 982(a)(1), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

                                              s/ Grand Jury Foreperson
                                              GRAND JURY FOREPERSON

s/ Stephan A. Collins
STEPHAN A. COLLINS
United States of America
Assistant U.S. Attorney

s/ Bryan Schroder
BRYAN SCHRODER
United States of America
United States Attorney

DATE:     2/20/19